ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Nancy Evertz,<br><br>Plaintiff,<br><br>vs.<br><br>Aspen Medical Group,<br>a Minnesota not for profit corporation,<br><br>Defendant. | ) | CIVIL FILE NO. 00-197 JRT/FLN<br><br>**STIPULATION TO EXTEND DISCOVERY SCHEDULE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Nancy Evertz and Defendant Aspen Medical Group, through their undersigned counsel, that the discovery schedule be extended and the Pretrial Schedule be amended as follows:

1. Discovery/Non-Dispositive Motions:

. . .

b. All non-expert discovery shall be commenced in time to be completed by October 1, 2000.

. . .

h. All nondispositive motions and supporting documents, including those which relate to non-expert discovery, shall be served by October 1, 2000.

i. All expert discovery shall be commenced in time to be completed by November 1, 2000. All nondispositive motions and supporting documents which relate to expert discovery shall be served by November 1, 2000.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

FILED JUL 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1) By both parties on or before August 15, 2000, with respect to initial experts.

2) By both parties on or before September 15, 2000, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By both parties on or before August 15, 2000, with respect to initial expert reports.

2) By both parties on or before September 15, 2000, with respect to rebuttal expert reports.

c. Each party may depose no more than 4 expert witnesses on or before November 1, 2000.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

Dated: July 7, 2000.

FRIEDMAN LAW OFFICE

By Charles L. Friedman

Charles L. Friedman (#146237)
4000 Aldrich Avenue South, No. 1
Minneapolis, MN 55409
Telephone: (612) 821-9330
Telecopier: (612) 821-9330

ATTORNEY FOR PLAINTIFF
NANCY EVERTZ

Dated: July 7 , 2000.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Judith Bevis Langevin (#36092)
Kristyn Aceto Garofalo (#267752)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Telecopier: (612) 333-0066

ATTORNEYS FOR DEFENDANT
ASPEN MEDICAL GROUP

GP:712009 v1

**ORDER**

The foregoing Stipulation to Extend Discovery Schedule is hereby approved as an Order of this Court. Trial Ready Date remains unchanged.

BY THE COURT:

Dated: July 12, 2000

Chief United States Magistrate Judge
Franklin L. Noel

GP:712009 v1