UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nancy Evertz,

Plaintiff,

v.

Aspen Medical Group, P.A.,

Defendant.

Civil No. 00-197 JRT/FLN

**ORDER**

---

CHARLES L. FRIEDMAN, Esq., for plaintiff.
KRISTYN A. GAROFALO, Esq., for defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 28, 2000, on Defendant's Motion for a Protective Order and Plaintiff's Motion to Compel Responses to Discovery Requests.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for a Protective Order [#10] is **GRANTED** and Plaintiff's Motion to Compel Responses to Discovery Requests [#13] is **GRANTED in part and DENIED in part**, as follows:

1. Plaintiff's Motion as it pertains to Document Requests 9, 26, 28, 29 and 36 is GRANTED.

2. Plaintiff's Motion as it pertains to Document Requests 45 and 50 and Interrogatories 12, 13, 14, 15, and 18 is DENIED.

3. Plaintiff's request for attorney's fees is DENIED.

DATED: Aug 31, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK