UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nancy Evertz,

Plaintiff,

vs.

Aspen Medical Group, P.A.,

Defendant.

Civil No. 00-197 JRT/FLN

**ORDER**

---

CHARLES L. FRIEDMAN, Esq., for plaintiff.
MEGAN ANDERSON, Esq., for defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 16, 2000, on Defendant's Motion to Compel Discovery Responses and to Extend Discovery Schedule [#24].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Order is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Insofar as the Motion seeks to compel responses to Defendant's Interrogatories, the Motion is **GRANTED**. Plaintiff shall provide answers to Interrogatories 6-28, 30-32, and 34, on or before October 20, 2000;
2. Plaintiff's deposition shall occur on or before October 27, 2000;
3. The discovery deadline shall be extended to the extent necessary to comply with the other provisions of this Order.

DATED: Oct 24, 2000.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________