UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nancy Evertz,

Plaintiff,

vs.

Aspen Medical Group, P.A.,

Defendant.

Civil No. 00-197 JRT/FLN

**ORDER**

---

CHARLES L. FRIEDMAN, Esq., for plaintiff.
MEGAN ANDERSON, Esq., for defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 18, 2000, on Defendant's Motion to Extend Deadline for Amending Pleadings [#32] and Defendant's Motion to Amend Pretrial Schedule to Permit Filing of Dispositive Motion [#35].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Extend Deadline for Amending Pleadings [#32] is **DENIED AS MOOT**;
2. Defendant's Motion to Amend Pretrial Schedule to Permit Filing of Dispositive Motion [#35] is **GRANTED**, as follows:
   a. Plaintiff shall respond to Defendant's Motion for Summary Judgment on or before January 8, 2001;
   b. Defendant shall reply to Plaintiff's response on or before either (1) January 16, 2001, or (2) seven days after Plaintiff's Response is filed, whichever

DEC 22 2000
CLERK

date is earlier;

c. A settlement conference shall be scheduled in this case for January, 2001. An amended scheduling order containing the date for the settlement conference shall be issued forthwith;

d. Plaintiff's request for sanctions is **DENIED**.

DATED: Dec. 22, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge