# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nancy Evertz

v.

Aspen Medical Group

Case No. Civil 00-197JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is **GRANTED** and plaintiff's ERISA claim as stated in Count 2 of the complaint is **DISMISSED WITH PREJUDICE.**

DATE: September 17, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk